In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-110 CV


____________________



WILLIAM SATTERWHITE, JR., Appellant



V.



ALLEN J. FALBY, Appellee






On Appeal from the 136th District Court


Jasper County, Texas


Trial Cause No. D-166054






 MEMORANDUM OPINION 


 On July 20, 2006, we notified the parties that the appeal would be dismissed for want
of prosecution unless arrangements were made for filing the record or the appellant explained
why he needed time for filing the record. Appellant did not respond. The appellant is not
entitled to proceed without payment of costs. Tex. R. App. P. 20.1. There being no
satisfactory explanation for the failure to file the record, the appeal is dismissed for want of
prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against appellant.

 APPEAL DISMISSED.


 ____________________________

 HOLLIS HORTON

 Justice



Opinion Delivered September 7, 2006 

Before Gaultney, Kreger, and Horton, JJ.